ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
RONALD N.W. KIM          8306
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DE GUANG CHEN; AND YONG TANG XIE, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF HAWAII, OFFICE OF ELECTIONS; SCOTT T. NAGO, in his official capacity as Chief Election Officer; STATE OF HAWAII ELECTION COMISSION; WILLIAM MARSTON, in his official capacity as Election Commission Chairperson; OFFICE OF THE CITY CLERK'S ELECTION DIVISION FOR THE CITY AND COUNTY OF HONOLULU; OFFICE OF THE COUNTY CLERK FOR THE COUNTY OF MAUI; JOHN OR JANE DOES 1-25; AND DOE | CIVIL NO. 10-00245 BMK <br><br> STIPULATION TO DISMISS PLAINTIFFS' CLAIMS |

ENTITIES 1-25,                )
                              )
        Defendants.           )
                              )
_____ )

## STIPULATION TO DISMISS PLAINTIFFS' CLAIMS

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties through their respective counsel that all of Plaintiffs' claims in this lawsuit are hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs unless otherwise provided in a settlement agreement.

DATED:   Honolulu, Hawaii, February 16, 2011.


/s/ Jane E. Lovell
JANE E. LOVELL
Deputy Corporation Counsel
 County of Maui

Attorneys for Defendant OFFICE OF
 THE COUNTY CLERK FOR THE
 COUNTY OF MAUI


DE GUANG CHEN, ET AL. VS. STATE OF HAWAII, OFFICE OF ELECTIONS, ET AL., CIVIL NO. CV 10-00245 BMK; STIPULATION TO DISMISS PLAINTIFFS' CLAIMS

PAGE 2

/s/ Robyn Chun
RUSSELL A. SUZUKI
ROBYN CHUN
Deputy Attorneys General
 for the State of Hawaii

Attorneys for Defendants
STATE OF HAWAII, OFFICE OF ELECTIONS; SCOTT T. NAGO; STATE OF HAWAII ELECTION COMISSION AND WILLIAM MARSTON


/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W. KIM

Attorneys for Plaintiffs


/s/ Don S. Kitaoka
DON S. KITAOKA
Deputy Corporation Counsel for
 the City and County of Honolulu

Attorneys for Defendant
OFFICE OF THE CITY CLERK'S ELECTION DIVISION FOR THE CITY AND COUNTY OF HONOLULU


DE GUANG CHEN, ET AL. VS. STATE OF HAWAII, OFFICE OF ELECTIONS, ET AL., CIVIL NO. CV 10-00245 BMK; STIPULATION TO DISMISS PLAINTIFFS' CLAIMS

PAGE 2